# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rau, Steven E. | US District Court - District Court of Minnesota | 04/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 1/1/2015 to 12/31/2015 |

**7. Chambers or Office Address**

316 North Robert St
Suite 334
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UGMA | | | | | | | | | |
| 2. AT&T Inc | A | Dividend | | | Sold | 12/21/15 | J | A | |
| 3. Apple, Inc. | A | Dividend | | | Sold | 12/21/15 | J | B | |
| 4. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. UGMA | | | | | | | | | |
| 7. Alliance Bernstein Core Opportunities Fund Class C ADGCX | | None | J | T | | | | | |
| 8. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. IRA | | | | | | | | | |
| 11. Berkshire Hathaway | | None | K | T | | | | | |
| 12. Columbia Select Large - UMLGX | | None | M | T | Sold (part) | 3/12/15 | J | A | |
| 13. Columbia Fund Ser Tr-CEEZX | A | Dividend | K | T | | | | | |
| 14. Merger Fund Sh Ben Int-MERFX | A | Dividend | | | Sold | 3/12/15 | J | A | |
| 15. Wells Fargo Fds Trust-WARDX | A | Dividend | | | Sold | 03/12/15 | L | A | |
| 16. Wells Fargo Fds Tr-WDHYX | B | Dividend | K | T | Sold (part) | 03/12/15 | L | A | |
| 17. Spider S&P Biotech EFT-XBI | A | Dividend | K | T | Sold (part) | 03/12/15 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Thornburg Inv Tr-THDIX | A | Dividend | K | T | Buy | 2/21/15 | K | | |
| 19. Wells Fargo Funds Tr-WFMIX | A | Dividend | K | T | | | | | |
| 20. Abbvie, Inc. -ABBV | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 21. EMC Corp Mass-AMC | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 22. Intel Corp-INTC | A | Dividend | K | T | Buy | 03/12/15 | K | | |
| 23. Johnson & Johnson - JNJ | A | Dividend | K | T | Buy | 03/12/15 | K | | |
| 24. Merck & Co., Inc. - MRK | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 25. Microsoft Corp - MSFT | A | Dividend | K | T | Buy | 03/12/15 | K | | |
| 26. Apple, Inc., -AAPL | A | Dividend | K | T | Buy | 07/08/15 | K | | |
| 27. Procter & Gamble Co- PG | A | Dividend | K | T | Buy | 07/08/15 | K | | |
| 28. Goldman Sachs Bank SD | A | Interest | K | T | Buy | 07/08/15 | K | | |
| 29. Synchrony Bank CD | A | Interest | K | T | Buy | 07/08/15 | K | | |
| 30. | | | | | | | | | |
| 31. IRA | | | | | | | | | |
| 32. Abbvie | A | Dividend | K | T | | | | | |
| 33. Alerian MLP ETF | B | Dividend | J | T | Buy | 07/08/15 | J | | |
| 34. Amgen Inc. | A | Dividend | | | Sold | 7/8/15 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple, Inc. | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 36. AT&T Inc. | A | Dividend | K | T | | | | | |
| 37. Berkshire Hathaway | | None | K | T | | | | | |
| 38. Bristol Meyers Squibb | A | Dividend | J | T | Sold (part) | 07/08/15 | K | D | |
| 39. Celgene Corp | | None | K | U | | | | | |
| 40. Chevron Corporation | A | Dividend | J | T | | | | | |
| 41. Coach | A | Dividend | | | Sold | 07/08/15 | J | A | |
| 42. Coca-Cola | A | Dividend | J | T | | | | | |
| 43. Danaher Corp | A | Dividend | | | Sold | 07/08/15 | J | D | |
| 44. EMC Corp | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 45. Emerson Electric Co | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 46. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 47. General Electric Company | A | Dividend | K | T | | | | | |
| 48. Intel Corp | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 49. Ishares Global Tech - IXN | A | Dividend | J | T | | | | | |
| 50. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 51. Merck & Co Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay Fd High Yield | B | Dividend | | | Sold | 07/08/15 | J | A | |
| 53. Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 07/08/15 | J | | |
| 54. Novartis AG | A | Dividend | K | T | | | | | |
| 55. Oppenheimer Dev Markets-ODVYX | A | Dividend | K | T | | | | | |
| 56. Pfizer | A | Dividend | K | T | | | | | |
| 57. Target Corp | A | Dividend | | | Sold | 07/08/15 | K | D | |
| 58. Templeton Funds - TGBAX | A | Dividend | | | Sold | 07/08/15 | J | A | |
| 59. Thornburg Inv Tr Developing World Fd-THDIZ | A | Dividend | J | T | | | | | |
| 60. 3M | A | Dividend | | | Sold | 07/08/15 | J | D | |
| 61. Total S A Sponsored ADR TOT | A | Dividend | J | T | | | | | |
| 62. United Technologies Corp | A | Dividend | J | T | | | | | |
| 63. Wells Fargo Funds - WARDX | A | Dividend | J | T | | | | | |
| 64. Wells Fargo Fds Tr-WDHYX | B | Dividend | L | T | | | | | |
| 65. Wells Fargo Advantage-SCVIX | A | Dividend | J | T | | | | | |
| 66. Wells Fargo Advantage - SCVIX | A | Dividend | J | T | | | | | |
| 67. WGL Holdings Inc-WGL | A | Dividend | K | T | | | | | |
| 68. Chambers Street Properties (formerly CB Richard Ellis) | A | Int./Div. | | | Sold | 07/08/15 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Lehman Brothers Holdings ESC | A | Int./Div. | J | T | Sold<br>(part) | 04/02/15 | J | A | |
| 70. Lehman Brothers Holdings ESC | A | Int./Div. | J | T | Sold<br>(part) | 10/1/15 | J | A | |
| 71. ING Group NV 7.375% Pfd | A | Int./Div. | | | Sold | 07/15/15 | J | A | |
| 72. GE Capital Retail Bank CD | A | Int./Div. | J | T | Buy | 07/08/15 | J | | |
| 73. Goldman Sachs Bank USA CD | A | Int./Div. | J | T | Buy | 07/08/15 | J | | |
| 74. | | | | | | | | | |
| 75. Joint Account | | | | | | | | | |
| 76. Abbvie (spinoff from Abbott) | A | Dividend | K | T | | | | | |
| 77. American Electric Power Inc-AEP | A | Dividend | K | T | | | | | |
| 78. AT&T-Inc-T | A | Dividend | J | T | | | | | |
| 79. Bristol Myers Squibb-BMY | A | Dividend | K | T | Sold<br>(part) | 07/08/15 | J | D | |
| 80. Chevron Corporation-CVX | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 81. Welltower, Inc. -HCN | A | Dividend | J | T | | | | | |
| 82. Intel Corp-INTC | A | Dividend | K | T | | | | | |
| 83. Johnson & Johnson-JNJ | A | Dividend | K | T | | | | | |
| 84. Merck & Co Inc -MRK | A | Dividend | K | T | | | | | |
| 85. Novartis AG Spon ADR-NVS | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pepsico Inc-PEP | A | Dividend | J | T | | | | | |
| 87. PG&E Corporation - PCG | A | Dividend | J | T | | | | | |
| 88. Qualcomm, Inc. - QCOM | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 89. Sanofi Adr-SNY | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 90. Sanofi Adr-SNY | A | Dividend | | | Sold | 12/28/15 | J | A | |
| 91. Target Corp-TGT | A | Dividend | | | Sold | 07/08/15 | K | D | |
| 92. United Techonologies Corp-UTX | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Company-WFC | D | Dividend | O | T | Buy (add'l) | 03/15/15 | N | | |
| 94. Wells Fargo Company - WFC | C | Dividend | O | T | Sold (part) | 12/28/15 | N | A | |
| 95. | | | | | | | | | |
| 96. WGL Holdings Inc-WGL | A | Dividend | J | T | | | | | |
| 97. Wells Fargo Money Market Fund | A | Int./Div. | L | T | | | | | |
| 98. Wells Fargo Funds Tr-WHYDX | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 99. | | | | | | | | | |
| 100. Alliance Bernstein 529 Growth C | | None | M | T | | | | | |
| 101. Tiger Building LP Note | C | Int./Div. | K | U | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544